425 A.2d 26

Insurance Co. of North America v. Verbalis, Appellant.
Reargument Denied April 30, 1980.

Argued September 10, 1979. Stephen G. Brown, for appellant; Charles T. Roessing, for appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.

Order affirmed.